IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDDIE POINDEXTER**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #121353**

v.　　　　　　　　　CASE NO: 4:24-cv-00552-BSM

**DANA McCOY**　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE